In re: Gary Eugene Weaver    Case # 10-20865
Chapter 13
Hon. Daniel S. Opperman

## MOTION TO MODIFY CHAPTER 13 PLAN - POST CONFIRMATION

The Debtor(s), **Gary Eugene Weaver**, by his undersigned attorney, moves for entry of an order modifying the confirmed plan, and as grounds would show:

1. The motion to modify is due to Debtor's divorce and loss of wife's income.
2. All of the terms and conditions in the confirmed plan are incorporated and shall remain in full force and effect, except as set forth in this motion.
3. The Debtor(s)' plan payments will decrease to $ 48.07 every two weeks; until 6/2013 then $93.42
4. The plan will effect general unsecured creditors by decreasing the amount available to them by $13,171.76 all other creditors will be unchanged.
5. The modified liquidation analysis and worksheet are attached pursuant to LBR 3015-2(b).

WHEREFORE, Debtor(s) request this Court enter an order modifying the plan as indicated above.

Respectfully submitted,

Dated: December 7, 2011

/s/ Jerold T. Coon
Jerold T. Coon (P48655)
Attorney for Debtors
3820 Isabella St
Midland, MI 48640
(989) 625-0969
jeroldcoon@hotmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

In re: Gary Eugene Weaver　　　　　　　　　　Case # 10-20865
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN**

All terms and provisions of the confirmed plan remain in effect EXCEPT:

Debtor(s)' plan payments will decrease to $ 48.07 every two weeks; until 6/2013 then $93.42 every two weeks for the remainder of the plan.