**AMENDED CHAPTER 13-MODEL WORKSHEET**

| PLAN PAYMENTS: | | TOTALS |
|---|---|---|
| PRE-MODIFICATION: (Multiply) | $ _____ each | $8002.52 |
| POST-MODIFICATION: (Multiply) 5 | $ \_\_104.16_____ each | $520.80 |
| POST-MODIFICATION: (Multiply) 36 | $ \_\_202.41_____ each | $7286.76 |
| Estimated Tax Refunds: | | $3200 |
| Other Funding Provisions: | | $ |
| **TOTAL ESTIMATED PLAN PAYMENTS:** | | $15810.08 |
| **DISBURSEMENTS:** | | |
| Trustee Fees | $2898 | |
| Attorney Fees | $ 2274 | |
| House Payments: | $ | |
| Escrow: | $ | |
| Arrearage (including interest): | $ | |
| **SECURED CLAIMS (INCLUDING INTEREST):** | | |
| Creditor:_____ | $ | |
| Creditor:_____ | $ | |
| Creditor:_____ | $ | |
| **SPECIAL UNSECURED CLAIMS:** | | |
| Creditor:_____ | $ | |
| Creditor:_____ | $ | |
| Creditor:_____ | $ | |
| **TOTAL ADMINISTRATIVE, SECURED AND** | | $5172 |
| **ESTIMATED FUNDS FOR UNSECURED CLAIMS:** | | $10,638.08 |
| Priority Claims Per Schedule "E" | | $0 |
| Estimated Funds for Non-Priority Unsecured Claims | | $10,638.08 |
| Unsecured Claims Per Schedule "F" | $47,779.00 | |
| Secured Deficiency Claims | $ | |
| Total Non-Priority Unsecured Claims | | $47,779.00 |
| **ESTIMATED PERCENTAGE DIVIDEND TO NON-** | | 22 % |

**LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 120,000.00 | 115,464.00 | 4,536.00 | 4,536.00 | 0.00 |
| **VEHICLES** | 39,700.00 | 22,925.00 | 16,775.00 | 9,675.00 | 7,100.00 |
| **HHG/PERSONAL EFFECTS** | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 |
| **JEWELRY** | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 2,345.00 | 0.00 | 2,345.00 | 2,345.00 | 0.00 |
| **OTHER** | 73,000.00 | 0.00 | 73,000.00 | 73,000.00 | 0.00 |

Amount available upon liquidation ............................................................................ $ **7,100.00**

Less administrative expenses and costs .................................................................... $ **0.00**

Less priority claims .................................................................................................. $ **0.00**

Amount Available in Chapter 7 ................................................................................ $ **7,100.00**