**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In the Matter of:

|  |  |
|---|---|
| | **CHAPTER 13 PROCEEDINGS** |
| **GARY EUGENE WEAVER** | **CASE NUMBER: 10-20865** |
| | **HONORABLE: DANIEL S OPPERMAN** |

     **Debtor(s).**

_____/

## TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2

   Let all interested parties take notice that the Trustee was served with notice by GMAC Rescap, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current mortgage payment change has no impact on the case, due to the fact the mortgage is outside the plan.


Dated:  April 26, 2012       /s/ Thomas W McDonald, Jr.
               Thomas W McDonald Jr.
               Chapter 13 Trustee Office
               3144 Davenport
               Saginaw, Mi 48602
               Telephone (989) 792-6766
               ecf@mcdonald13.org

In the Matter of:

                        CHAPTER 13 PROCEEDINGS

**GARY EUGENE WEAVER**         CASE NUMBER: 10-20865
                        HONORABLE: DANIEL S OPPERMAN

        Debtor(s)

_____/

## TRUSTEE'S CERTIFICATE OF SERVICE

        I hereby certify that on April 26, 2012, I have electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001-2(c)  with the Clerk of the Court using the ECF system:

        /s/Shirley Barber
        Shirley Barber
        Office of Thomas W. McDonald, Jr.
        Chapter 13 Trustee
        3144 Davenport Avenue
        Saginaw, Michigan 48602
        Telephone:  (989) 792-6766
        ecf@mcdonald13.org